# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00064-CV

## In re World Class Capital Group, LLC; World Class Acquisitions, LLC; and Nate Paul

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relators' request for temporary relief pursuant to Rule 52.10 of the Texas Rules of Appellate Procedure is also denied.

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Filed: February 16, 2022